```
Label Matrix for local noticing          Capital One Auto Finance, a division of Capi    U.S. Bankruptcy Court
0538-6                                    4515 N Santa Fe Ave. Dept. APS                 Dan M. Russell, Jr. U.S. Courthouse
Case 24-51726-KMS                         Oklahoma City, OK 73118-7901                   2012 15th Street, Suite 244
Southern District of Mississippi                                                         Gulfport, MS 39501-2036
Gulfport-6 Divisional Office
Mon Jun 23 15:18:52 CDT 2025

Barbara McCline                           Capital One                                    Capital One Auto
P.O. Box 381                              Attn: Bankruptcy                               Attn: Bankruptcy
Itta Bena, MS 38941-0381                  Po Box 30285                                   7933 Preston Rd
                                          Salt Lake City, UT 84130-0285                  Plano, TX 75024-2359


Capital One Auto Finance                  Credit Collection                              Emergent Business Grou
a division of Capital One, N.A.           Attn: Bankruptcy                               P.O. Box 190
4515 N. Santa Fe Ave. Dept. APS           725 Canton St                                  Horsham, PA 19044-0190
Oklahoma City, OK 73118-7901              Norwood, MA 02062-2679


First Electronic Bank                     First Franklin                                 Greenwood Leflore Hosp
c/o Opportunity Financial, LLC            611 W Park Ave                                 P.O. Box 101928
P.O. Box 5040                             Greenwood, MS 38930-2907                       Dept 1984
Fredericksburg, VA 22403-0640                                                            Birmingham, AL 35210-6928


January Technologies                      (p)JEFFERSON CAPITAL SYSTEMS LLC               LVNV Funding, LLC
176 Grand St, 4th Fl                      PO BOX 7999                                    Resurgent Capital Services
New York, NY 10013-3786                   SAINT CLOUD MN 56302-7999                      PO Box 10587
                                                                                         Greenville, SC 29603-0587


(p)LENDMARK FINANCIAL SERVICES            Max Lend                                       OppLoans
2118 USHER ST                             P.O. Box 639                                   Attn: Bankruptcy Dept
COVINGTON GA 30014-2434                   Parshall, ND 58770-0639                        130 East Randolph St
                                                                                         Ste 3400
                                                                                         Chicago, IL 60601-6379


QVC                                       Quantum3 Group LLC as agent for                Resurgent Capital
PO Box 965018                             AXIOM ACQUISITION VENTURES LLC                 P.O. Box 10675
Orlando, FL 32896-5018                    PO Box 788                                     Greenville, SC 29603-0675
                                          Kirkland, WA 98083-0788


Smith Rouchon                             Statewide Federal CU                           US Department of Education
Sra                                       Attn: Bankruptcy                               PO Box 16448
1456 Ellis Ave                            P.O. Box 320483                                St. Paul, MN 55116-0448
Jackson, MS 39204-2204                    Flowood, MS 39232-0483


United States Trustee                     (p)WILKINSON LAW FIRM P C                      Frager McCline
501 East Court Street                     511 KEYWOOD CIRCLE                             2255 Switzer Rd. Apt. B102
Suite 6-430                               FLOWOOD MS 39232-3019                          Gulfport, MS 39507-3835
Jackson, MS 39201-5022


Thomas Carl Rollins Jr                    (p)WARREN A CUNTZ T1 JR
The Rollins Law Firm, PLLC                PO BOX 3749
PO BOX 13767                              GULFPORT MS 39505-3749
Jackson, MS 39236-3767
```



EXHIBIT A