IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE: FRAGER McCLINE

CHAPTER 13
Case No. 24-51726-KMS

## ORDER MODIFYING CHAPTER 13 PLAN

THIS MATTER came on for consideration of the Chapter 13 Trustee's Motion to Modify Chapter 13 Plan (Dkt. 24), and the Court finding that notice issued, yet no opposition to the Motion was timely filed, is of the opinion that said Motion is well taken and orders as follows:

IT IS THEREFORE ORDERED that the Trustee's Motion to Modify Plan (Dkt. 24) is hereby granted and the $3,615.20 held by the Trustee resulting from a turnover of pre-petition garnished funds shall be distributed and/or applied as follows:

a. $1,204.00 to Debtor's Counsel, T.C. Rollins, Esq., to offset the remaining balance of Mr. Rollins's attorney's fees in this case, which is currently $2,352.47;

b. $ 216.91 to be applied to trusteeship administrative expense;

c. $2,194.29 to be disbursed pro rata to timely filed and allowed non-priority general unsecured claimholders.

##END OF ORDER##

Prepared by:
Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505-3749
Tel: (228) 831-9531